*Certiorari Denied. (See also Misc. Nos. 420, 467, 469, 477, 479, 499 and 511, supra.)*

No. 701. LA SALLE STEEL CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Henry E. Seyfarth* for petitioner. *Solicitor General Perlman, Stanley M. Silverberg, Robert N. Denham, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 702. SEABOARD & WESTERN AIRLINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Hardy K. Maclay* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Stanley M. Silverberg, J. Roger Wollenberg, Emory T. Nunneley, Jr.* and *Warren L. Sharfman* for the Civil Aeronautics Board, respondent.

No. 708. FIVE CASES OF FIGLIA MIA BRAND OF OIL ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Chester A. Lessler* for the Antonio Corrao Corporation, petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Stanley M. Silverberg, Robert S. Erdahl, Vincent A. Kleinfeld* and *John T. Grigsby* for the United States.

No. 711. BEETS *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied. *Howard F. McCue* and *Walton Stanley Allen* for petitioner. *Solicitor General Perlman* for respondent.

